1  MICHAEL HERRICK, Bar No. 63666
   HERRICK LAW OFFICES
2  1750 Montgomery St # 1104
   San Francisco, CA 94111
3  Telephone:    415.781.2804
   Facsimile:    415.781.8446
4  E-mail: Herrick@wagelaw.com

5  Attorney for Plaintiffs
   WAI HO NG and HELEN MAHER
6

7

8                    UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                                                    *E-FILED - 3/9/07*
10

11  WAI HO NG and HELEN MAHER,              Case No.  **C-06-05058 RMW**

12              Plaintiffs,

13        v.

14  CHEF MING RESTAURANT, INC., a           **STIPULATION FOR DISMISSAL**
    California Corporation, MING CHAN, an   **AND (PROPOSED) ORDER**
15  individual, ADONA CHANG, an individual, **THEREON**
    ANGIE CHANG, an individual, ATONA
16  CHANG, an individual, MING CHANG, an
    individual and DOES ONE through TEN
17  inclusive.
    Defendant.

18        Plaintiffs WAI HO NG and HELEN MAHER, and defendant ANGIE CHANG

19  (collectively "the Parties") have entered into a confidential negotiated settlement agreement

20  disposing of this action, only as it relates to Defendant ANGIE CHANG.  Therefore the

21  Parties hereto, by their undersigned counsel for record, pursuant to Rule 41(a)(1)(ii) of the

22  Federal Rules of Civil Procedure, hereby stipulate that this action shall be and hereby is

23  dismissed without prejudice as to Defendant ANGIE CHANG.

24  ///

25  ///

26  ///

27

28

(CASE NO. C06-05058 – RMW                    **DISMISSAL OF PARTY WITHOUT**
                                             **PREJUDICE**

1

2   SO STIPULATED

3

DATED: 2/15/07                    LAW OFFICES OF MICHAEL M. HERRICK
4

5

6                                  By: _____
                                       MICHAEL HERRICK
7                                      HERRICK LAW OFFICES
                                       Attorney for Plaintiffs
8                                      WAI HO NG and HELEN MAHER

9

10  DATED: 2/15/2007               DOUGLAS A. UNSWORTH, J.D.

11

12                                 By: _____
                                       DOUGLAS A. UNSWORTH, J.D.
13                                     Attorney for Defendant
                                       ANGIE CHANG
14

15

16

17

18

19         SO ORDERED

20

21

DATED:  3/9/07              : _____
22                                 The Honorable Ronald M. Whyte
                                   United States District Judge
23

24

25

26

27

28

(CASE NO. C06-05058 – RMW)        2.     JOINT CASE MANAGEMENT STATEMENT
                                         AND [PROPOSED] ORDER